**SEALED**





```
 1  BENJAMIN B. WAGNER
    Acting United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    In re Search Warrant,        )   MISC. NO.
10                               )
    ONE EXPRESS MAIL PACKAGE,    )   2:10-SW-0987  GGH
11  ADDRESSED TO STEVE NAVARRO, ITEM )
    NUMBER EE469486353CN.        )
12                               )   ORDER TO SEAL SEARCH WARRANT
                                 )   AND FOR DELAYED NOTIFICATION OF
13                               )   SERVICE OF SEARCH WARRANT
                                 )
14                               )
                                 )
15                               )
                                 )
16                               )
                                 )
17  ─────────────────────────────)
```

18       Upon application of the United States of America and good cause

19  having been shown,

20       IT IS HEREBY ORDERED that the search warrant and search warrant

21  affidavit underlying the search warrant in the above-captioned

22  proceeding shall be filed under seal and shall not be disclosed to

23  any person unless otherwise ordered by this Court, with the exception

24  that a copy of the search warrant will be left at the scene of the

25  ///

26  ///

27  ///

28  ///

search.  Further delayed notice is granted pursuant to Rule 41(f)(3) and 18 U.S.C. § 3103 for 90 days, until December 7, 2010.

Date: Sept 7 , 2010

*GREGORY G. HOLLOWS* (signature)

_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge