1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

JUN 24 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SEARCH WARRANT FOR ONE ) | D.C. NO. 2-10-SW-0387 GGH |
| EXPRESS MAIL PACKAGE ) | |
| ADDRESSED TO STEVE ) | APPLICATION AND ORDER |
| NAVARRO, ITEM # ) | FOR UNSEALING FILE |
| EE469486353CN ) | |
| _____) | |

   On September 8, 2010, a search warrant and affidavit were filed in the above-referenced case.  The search warrant has been executed and the file can now be unsealed.  The government respectfully requests that the file, search warrant and its accompanying affidavit be unsealed.

DATED: June 24, 2011                BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Daniel S. McConkie
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney

                            ORDER

SO ORDERED:

DATED: June 24, 2011
                                    HON. EDMUND F. BRENNAN
                                    U.S. Magistrate Judge

1